In re:                                                                           Case No. 24-03091-HWV

Steven R. Barshinger                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                         Page 1 of 2

Date Rcvd: Jan 16, 2025                 Form ID: ntcnfhrg                        Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven R. Barshinger, 2535 Freysville Road, Red Lion, PA 17356-8268 |
| 5672341 | + | Berinstein-Burkley, 601 Grant Street, Floor 9, Pittsburgh, PA 15219-4430 |
| 5672346 | + | Karen Barshinger, 2535 Freysville Road, Red Lion, PA 17356-8268 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5672342 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 18:57:11 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5672343 | + | Email/Text: bankruptcy@consumerportfolio.com | Jan 16 2025 18:48:00 | Consumer Portfolio Services, PO Box 57071, Irvine, CA 92619-7071 |
| 5672344 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 16 2025 18:56:55 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5672345 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 16 2025 18:48:00 | Jefferson Capital Systems, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5672347 | ^ | MEBN | Jan 16 2025 18:40:38 | KML Law Group, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5672348 | + | Email/Text: inchargehq@westcreekfin.com | Jan 16 2025 18:48:00 | Koalafi, PO Box 5518, Glen Allen, VA 23058-5518 |
| 5677891 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2025 18:56:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5672349 | | Email/Text: ml-ebn@missionlane.com | Jan 16 2025 18:47:00 | Mission Lane, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5672350 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 18:48:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5672351 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 16 2025 18:48:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5672352 | | Email/Text: bankruptcy@tfifinance.com | Jan 16 2025 18:47:00 | TFI Group, PO Box 1168, Hamburg, NY 14075-1407 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Steven R. Barshinger pmurphy@dplglaw.com  kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven R. Barshinger,    Chapter    13

**Debtor 1**    Case No.    1:24−bk−03091−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 12, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: February 19, 2025<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 16, 2025 |

ntcnfhrg (08/21)