**LOCAL BANKRUPTCY FORM 3015-3(a)**

**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re: Steven R. Barshinger
Debtor(s)

Case No. 1:24-BK-03091-HWV
Chapter 13

**CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**

*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, Steven R. Barshinger, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on March 19, 2025.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: January 20, 2025    BY: /s/ Paul D. Murphy-Ahles
                               Paul D. Murphy-Ahles 201207
                               Counsel for Debtor

DATED: March 3, 2025       BY: /s/ Steven R. Barshinger
                               Steven R. Barshinger
                               Debtor