# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven R. Barshinger,          Chapter     13

**Debtor 1**

Case No.     1:24–bk–03091–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 1, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 15, 2025

orcnfpln(05/18)

In re:

| | |
|---|---|
| Steven R. Barshinger<br>**Debtor 1** | **Chapter** 13 |
| | **Case No.** 1:24-BK-03091-HWV |
| | **Matter:** Order Confirming Amended Chapter 13 Plan |

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, May 15, 2025, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:24-bk-03091-HWV
Middle District of Pennsylvania
Harrisburg
Tue Apr  1 16:46:30 EDT 2025

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Berinstein-Burkley
601 Grant Street, Floor 9
Pittsburgh, PA 15219-4430

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Consumer Portfolio Services
PO Box 57071
Irvine, CA 92619-7071

Credit One Bank
PO Box 98875
Las Vegas, NV 89193-8875

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KML Law Group
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Karen Barshinger
2535 Freysville Road
Red Lion, PA 17356-8268

Koalafi
PO Box 5518
Glen Allen, VA 23058-5518

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

PA Department of Revenue
Attn: Bankruptcy Division
PO Box 280496
Harrisburg, PA 17128-0946

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

(p)TFI GROUP LLC
ATTN NATALIE YOVIENE
PO BOX 1168
HAMBURG NY 14075-9168

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Wilmington Trust, National Association at. e
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

Steven R. Barshinger
2535 Freysville Road
Red Lion, PA 17356-8268

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems
16 Mcleland Road
PO Box 7999
Saint Cloud, MN 56302-9617

(d)Jefferson Capital Systems LLC
PO Box 7999
St. Cloud MN 56302-9617

Mission Lane
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

TFI Group
PO Box 1168
Hamburg, NY 14075-1407

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wilmington Trust, National Association not

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20