IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Steven R. Barshinger
     Debtor,

Jefferson Capital Systems
     Movant.
v.

Steven R. Barshinger
     Debtor/Respondent,

Jack N Zaharopoulos, Trustee
     Additional Respondent.

BANKRUPTCY CASE NUMBER
1:24-bk-03091-HWV

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Jefferson Capital Systems, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Respectfully submitted,

Dated:  May 8, 2026

BY: /s/ William E. Miller
Heather Riloff 309906
Leslie J. Rase 58365
William E. Miller 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

LLG File #: 26-073723

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Steven R. Barshinger
     Debtor,

Jefferson Capital Systems
     Movant.

v.

Steven R. Barshinger
     Debtor/Respondent,

Jack N Zaharopoulos, Trustee
     Additional Respondent.

BANKRUPTCY CASE NUMBER
1:24-bk-03091-HWV

CHAPTER 13

## <u>**CERTIFICATE OF SERVICE**</u>

I, William E. Miller, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 11th day of May, 2026:

Paul Donald Murphy-Ahles, Esquire, Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
pmurphy@dplglaw.com - VIA ECF

Jack N Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com - VIA ECF


/s/ William E. Miller
Heather Riloff 309906
Leslie J. Rase 58365
William E. Miller 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com